1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL MALONE,                          1:07-cv-00743 AWI SMS HC

10              Petitioner,                  Court of Appeals Case No. 10-16612

11      v.                                   ORDER APPOINTING CHARLES BONNEAU,
                                             ESQ. AS COUNSEL ON APPEAL AND
12  TOM FELKER,                              DIRECTING CLERK OF COURT TO SERVE
                                             COPY OF ORDER ON NINTH CIRCUIT
13                                           COURT OF APPEALS
                Respondent.
14  _____/

15

16      On July 19, 2010, the instant petition for writ of habeas corpus filed pursuant to 28

17  U.S.C. § 2254 was denied on the merits and judgment was entered in favor of Respondent.  In

18  that order, the Court issued a partial certificate of appealability "on the claims concerning the

19  prosecution's failure to provide the defense with evidence about Mr. Allen's phone message."

20      Petitioner filed a timely notice of appeal on July 26, 2010, in case number 10-16612.  On

21  October 15, 2010, this Court was served with an electronic order directing the appointment of

22  counsel on appeal.  The Court stated "[t]he appointing authority may wish to consider that

23  retained trial counsel [Charles] Bonneau is familiar with the record and issues, and is willing to

24  serve as appointed counsel on appeal."

25      In the interests of justice, the Court hereby appoints Charles Bonneau, Esq. as counsel of

26  record on appeal.  18 U.S.C. § 3006A(a)(2)(B).

27  ///

28

1

1    Accordingly, it is HEREBY ORDERED that:

2        1.       Charles Bonneau, Esq. is appointed as counsel on appeal; and

3        2.       The Clerk of Court is directed to serve a copy of this order on the Ninth Circuit

4                 Court of Appeals at counselappointments@ca9.uscourts.gov.

5

6    IT IS SO ORDERED.

7

Dated:     November 13, 2010          _____

8                                              CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28